# United States Court of Appeals
# for the Fifth Circuit

—————————

No. 23-50368
Summary Calendar

—————————

United States Court of Appeals
Fifth Circuit

**FILED**
January 5, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Artemio Aguilar-Montero,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:22-CR-1627-1

———————————————————

Before Davis, Willett, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Artemio Aguilar-Montero appeals his conviction and sentence for being found in the United States after a previous deportation. He argues that 8 U.S.C. § 1326(b) is unconstitutional because it allows a sentence above the otherwise applicable statutory maximum established by § 1326(a) based on

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50368

facts that are neither alleged in the indictment nor found by a jury beyond a reasonable doubt.

Aguilar-Montero has filed an unopposed motion for summary disposition and a letter brief correctly conceding that the only issue he raises is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998). *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019). He explains that he has raised the issue to preserve it for possible further review. Accordingly, because summary disposition is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969). Aguilar-Montero's motion is GRANTED, and the district court's judgment is AFFIRMED.